David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

### IN THE UNITED STATES DISCTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NANCY SAGONA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-01847-RCJ-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## **STIPULATION**

Plaintiff NANCY SAGONA and Enhanced Recovery Company, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

…
…
…
…
…
…
…
…

Dated: February 1, 2013

| By: | /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>5041 N. Rainbow Blvd.<br>Las Vegas, Nevada 89130<br>*Attorney for Plaintiff* | By: | /s/ Joseph Hardy, Esq.<br>Joseph Hardy, Esq.<br>GORDON & REES, LLP<br>3770 Howard Hughes Parkway<br>Suite 100<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |
|---|---|---|---|

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____