David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

NANCY SAGONA,

        Plaintiff,

v.

Enhanced Recovery Company, LLC; and DOES 1-10, inclusive,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:12-cv-01847-RCJ-PAL**

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

## **STIPULATION**

Plaintiff NANCY SAGONA and Enhanced Recovery Company, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

…      IT IS SO ORDERED this 26th day of June, 2013.

…

_____
ROBERT C. JONES
Chief Judge